JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -- GENERAL

Case No.   **CV 21-8409-JFW(SPx)**                                      Date: May 10, 2022

Title:   ABS-CBN Corporation, et al. -v- Myra Lubag Custodio

---

**PRESENT:**

   **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

   **Shannon Reilly**                                     **None Present**
   Courtroom Deputy                                       Court Reporter


**ATTORNEYS PRESENT FOR PLAINTIFFS:**          **ATTORNEYS PRESENT FOR DEFENDANTS:**
                None                                                  None

**PROCEEDINGS (IN CHAMBERS):**     **ORDER OF DISMISSAL**

   In the Status Report re: Results of Settlement Conference filed on May 6, 2022, Docket No. 26, the parties represent that this action is in the process of being settled. As a result, the Court dismisses this action without prejudice subject to either party reopening the action on or before June 24, 2022.  The Court will retain jurisdiction for the sole purpose of enforcing the settlement until June 24, 2022.  Thereafter, absent further order of the Court, the dismissal of this action will be with prejudice.  All dates in this action, including the trial date are vacated.

   IT IS SO ORDERED.

Initials of Deputy Clerk   sr

(Rev. 1/14/15)